United States District Court
Southern District of Texas
**ENTERED**
September 24, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Bilge Constantinescu a/k/a Bilge Applegate, | § | |
| *Plaintiff*, | § | Civil Action No. 4:25-cv-04394 |
| v. | § | |
| Ford O'Brien Landy LLP, | § | |
| *Defendant*. | § | |

**ORDER GRANTING MOTION TO LIFT THE STAY**

On September 23, 2026, the parties filed a joint motion to lift the stay of discovery and other deadlines pending resolution of Defendant Ford O'Brien Landy LLP's motion to dismiss. Dkt. 23. Because the motion to dismiss has been resolved, *see* Dkt. 22, the parties request that a schedule be set, including to establish a deadline for Defendant to file its answer or other pleading.

Given the parties' agreement, it is **ORDERED** that the motion to lift the stay (Dkt. 23) be **GRANTED**. Defendant's deadline to file its answer, counterclaims, and third-party counterclaims is **October 26, 2026**.

It is further **ORDERED** that the parties must fully confer with each other and then submit both a Joint Discovery Case Management Plan and a proposed scheduling order utilizing the undersigned's form by **October 9, 2026.** Thereafter, the Court will promptly determine whether an initial

conference is merited, or whether instead the issuance of a scheduling order will suffice.

Signed on September 24, 2026, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge